# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

NORTHERN DISTRICT COURT
DIST. OF TX
FILED

2021 APR 27  PM 8: 50

DEPUTY CLERK_____

Chelsa S. Brown
Plaintiff

v.

The Reny Company
Defendant

3-21CV0942-C

Civil Action No.

**COMPLAINT**

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 04/27/21 |
| Signature | Chelsa Brown |
| Print Name | Chelsa S. Brown |
| Address | 6201 Chapel Hill Blvd. #116 |
| City, State, Zip | Plano, TX 75093 |
| Telephone | (469) 346 - 1177 |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS UNITED STATES
DISTRICT COURT


Chelsa Brown

*Plaintiff*

Vs


The Reny Company

*Defendant*


PLAINTIFF'S INITIAL COMPLAINT FOR DAMAGES FOR:


1. VIOLATION OF THE AMERICANS WITH DISABILITIES ACTWRONGFUL TERMINATION 42 U.S.C. §
   12101, *et seq*
2. DISCRIMINATION (VIOLATION OF The Federal Civil Rights Act of 1964, Title VII)
3. WRONGFUL TERMINATION (VIOLATION OF Section 385 Fair Work Act 2009 (The Act)
4. DUE PROCESS (VIOLATION OF DUE PROCESS, EQUAL PROTECTION AND 42 U.S.C. § 1983. 28
   U.S.C. § 1331)
5. EMOTIONAL DISTRESS (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

## SUMMARY

This is an action by the plaintiff, Chelsa Brown ("Plaintiff" or "Chelsa"), whose employment with defendant "The Reny Company" was wrongfully terminated. Plaintiff brings this action against defendants for economic, noneconomic, compensatory, and punitive damages, pursuant to Civil Code section 3294, pre-judgment interest pursuant to Code of Civil Procedure section 3291, and costs and reasonable attorneys' fees pursuant to Code of Civil Procedure section 1021.5.

## PARTIES

1. *Plaintiff:* Plaintiff Chelsa Brown is, and at all times mentioned in this Complaint was, a resident of Plano County Texas.
2. *Defendant*: The Reny Company is, and at all times mentioned in this Complaint was, authorized to operate by the State of Texas and the United States government and authorized and qualified to do business in Plano County, Texas. Defendant's place of business, where the following causes of action took place, was and is in 1820 Preston Park Blvd #1900, Plano, TX 75093, United States.
3. The plaintiff worked as an employee of the defendant from 21st November 2019.

## FACTS COMMON TO ALL CAUSES OF ACTION

4. On 10/05/20, the plaintiff got sick and went to emergency room with symptoms of COVID 19. After being seen by physician, she was diagnosed with COVID 19 and pneumonia in both lungs after being examined. The plaintiff got in touch with the human resource department of The Reny company and informed them of the diagnosis and her inability to work from the office.
5. On 10/16/20, the plaintiff followed up with Teladoc physician and explained to him of symptoms she was still having and asked about when she would be able to return to work. Physician advised her that she was too sick and needed to focus on getting better. He also advised her to follow up with her primary doctor, so she called and made an appointment for 10/21/20.
6. On 10/19/20, the plaintiff sent an email to human resource (Christina Hartwell) advising informing her that she would need to apply for a short term disability due not being able to return back to work due to illness. Ms. Hartwell responded back and advised that she would send forms for the application to the plaintiff immediately.
7. Despite having formally applied for the leave and having the doctors letter requesting for her accommodation to work from home; (see **EXHIBIT A**); On 12/24/20, the plaintiff received a letter from the Reny Company advising her that she had been terminated as of 12/18/20 for job abandonment and thus she needed to send company's laptop back within 3 days the defendant terminated her employment on the basis of duty abandonment.
8. Prior to contracting COVID19 the plaintiff had been granted permission to work from home but the defendant denied the doctors request to allow her to continue working remotely stating that her position was not a remote position.
9. Upon clearly unlawfully dismissing the plaintiff; on 12/28/2020, the defendant went ahead and filed a false report against the defendant for theft of a company laptop (see **EXHIBIT B**: Incident report)
10. This was an act of retaliation from the Chief Executive officer and Chief Financial Officer since previously the plaintiff had requested for remote working schedule which they had initially denied; however, upon escalation of the matter to the Human resource department with the DOL

guidelines for the FFCRA the duo was coerced to approve the plaintiffs request for remote working.

11. Despite the doctor comprehensively stating that that the plaintiff was having severe breathing issues, bronchitis, headaches and Nausea the defendant argued that the medical report did not categorically state that the plaintiff needed to quarantine and was thus reluctant to pay the plaintiff.

12. The plaintiff reported the matter to the department of labor.

## FIRST CLAIM FOR RELIEF
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT
(Against Defendant The Reny Company)

13. The allegations set forth in paragraphs 1 through 12 are re-alleged and incorporated herein by reference.

14. The Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, prohibits employers from discriminating against qualified individuals because of a disability "in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment." 42 U.S.C. § 12112.

15. COVID 19 is a life threatening illness and as per the physician recommendation the plaintiff health was at stake and thus going to work was a great risk.

16. Coercing the employee to work when their health is and life is not only a violation of ADA 42 U.S.C. § 12101 but also the 29 U.S. Code § 158 "Unfair labor practices".

17. Because COVID 19 substantially limits at least one of Plaintiff's major life activities Plaintiff is an individual with a disability under the ADA.

## SECOND CLAIM FOR RELIEF

### DISCRIMINATION (VIOLATION OF The Federal Civil Rights Act of 1964, Title VII)

18. The allegations set forth in paragraphs 1 through 17 are re-alleged and incorporated herein by reference.

19. The Federal Civil Rights Act of 1964, Title VII, covers discrimination based on color, religion, sex, race, or national origin. No job decision may be made based on any of these factors. There are additional federal laws that prohibit age discrimination or discrimination based on disability or genetic information. All employers who have at least 15 staff members are subject to the laws under the Civil Rights Act, and those with over 20 employees are subject to age-discrimination laws. In addition, employers are not permitted to discriminate during the working relationship. This means everything from listing the job to conducting interviews, to making hiring decisions, issuance of promotions, providing compensation and benefits, laying off, terminating, or otherwise disciplining employees.

20. Plaintiff asserts the "class of one" theory under the Equal Protection Clause of the XIV Amendment. This claim states that plaintiff was intentionally treated differently than similarly situated employees, and there was no rational basis for the difference in treatment. Village of Willowbrook v. Olech, 528 U.S. 562, 120 S. Ct. 1073, 145 L.Ed.2d 1060 (2000).

21. This disparate treatment led to plaintiff's constructive termination of her employment in that plaintiff's contract was canceled.

## THIRD CLAIM FOR RELIEF

### WRONGFUL TERMINATION (VIOLATION OF Section 385 Fair Work Act 2009 (The Act)

22. The allegations set forth in paragraphs 1 through 21 are re-alleged and incorporated herein by reference.

23. Fair Work Act 2009 (The Act) and the Fair Work Commission decides on cases of unfair dismissal. When assessing an unfair dismissal claim, consistent with Section 385 of The Act, a court or tribunal will focus on the circumstances of the dismissal, the harshness, unfairness, or unreasonableness of the dismissal, whether or not the decision to dismiss was consistent with the regulations under the Act.

24. Unfair dismissal applies where an employee's dismissal is harsh, unfair, or unreasonable. Unlawful termination occurs where actual discrimination has occurred, and an employee has been fired for a particular discriminatory reason. Employees have general protection under the law against unlawful termination for various reasons, which The Act sets out. Unlawful termination may be found if an employer is found to have terminated someone's employment based on one or more of the following: A person's race, color, sex, sexual preference, age, physical or mental disability, marital status, family or carer's responsibilities, pregnancy, religion, political opinion, national extraction or social origin (some exceptions apply, such as where it's based on the inherent requirements of the job); the defendant clearly unlawfully terminated the plaintiff unlawfully without clear accusation grounds of their actions.

## FORTH CLAIM FOR RELIEF

### DUE PROCESS (VIOLATION OF DUE PROCESS, EQUAL PROTECTION AND 42 U.S.C. § 1983. 28 U.S.C. § 1331)

25. The allegations set forth in paragraphs 1 through 24 are re-alleged and incorporated herein by reference.

26. Through wrongful termination as outlined in second cause of action the defendant violated "due process under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution."

27. The defendant denied the plaintiff the fundamental rights of following the right process throughout the entire incident as illustrated.

## FIFTH CLAIM FOR RELIEF

### EMOTIONAL DISTRESS (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

28.  The allegations set forth in paragraphs 1 through 27 are re-alleged and incorporated herein by reference

29.  Defendants' discriminatory, harassing, and retaliatory actions against plaintiff constituted severe and outrageous misconduct and caused plaintiff extreme emotional distress.

30.  Defendants were aware that treating plaintiff in the manner alleged above, including depriving plaintiff of her livelihood, would devastate plaintiff and cause her extreme hardship.

31.  As a proximate result of defendants' extreme and outrageous conduct, plaintiff has suffered and continues to suffer severe emotional distress. Plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits as a result of being emotionally distressed.

### PRAYER

Plaintiff respectfully prays that this Court award judgment in favor of plaintiff's rights under Title VII of the Civil Rights Act, 42 U.S.C. section 2000e-5, 42 U.S.C. section 1981, 42 U.S.C. section 1983, the Equal Protection Clause of the XIV Amendment of the Unites States Constitution and award the following:

a. Actual and consequential damages, plus interest

b. Compensatory Damages as follows:

1. mental anguish past and future

2. humiliation past and future

3. inconvenience past and future

4. loss opportunity past and future

5. harm to professional reputation past and future

6. loss of enjoyment of life past and future

7. unable to adequately care for family past and future

c. Plaintiff requests that defendant be ordered to pay punitive damages for its intentional discrimination, against plaintiff during and after her employment with The Reny Company

d. Attorney's fees and court costs

e. Grant plaintiff all such other relief as justice may require.

**ADDITIONALLY**, plaintiff, Chelsa Brown , demands trial of this matter by jury.

Dated: April 26th, 2021.

By: Chelsa Brown *(Pro se)*

- On 11/21/19, I started working at the Reny Company.
- On 10/05/20, I got sick and went to emergency room with symptoms of Covid. After being seen by physician, I was diagnosed with Covid and pneumonia in both lungs after being examined. I emailed Human Resources and advised that I would be out the office and it was unknown when I would be able to return. I also sent doctor's excuse.
- On 10/15/20, I noticed I did not get paid for time being out sick under the FFCRA and reached out to Human Resources to find out why I wasn't paid and was told by Christina Hartwell that my doctor's note did not state I had to quarantine. I then contacted the Dept. of Labor and was advised by rep that I was supposed to be paid under the FFCRA due to me having Covid and symptoms. I emailed Christina Hartwell (human resource) advised her what rep said and she had issue escalated. Shortly after it was escalated I received an email from Christina Hartwell advising me to complete the FFCRA for for payment, and then I was advised my check was going to be sent out immediately.
- On 10/16/20, I followed up with Teladoc physician and advised him of symptoms I was still having and asked about when I would be able to return to work. Physician advised me that I was too sick and needed to focus on getting better. He also advised me to follow up with my primary doctor, so I called and made an appointment for 10/21/20.
- On 10/19/20, I sent an email to human resource (Christina Hartwell) advising her that I would need to apply for my short term disability due to me not being able to return back to work due to illness and needing to have income coming in to pay my bills. Ms. Hartwell responded back and advised that she would send forms immediately.
- On 10/21/20, I followed up with my primary physician and was still experiencing Covid symptoms and pneumonia. I sent over STD forms to be completed by physician.
- On 10/25/20, my doctor's office faxed STD forms to Lincoln Financial for processing. I sent an email to Human Resource advising that forms had been sent over, so that the Reny Company could sign the form that needed to be completed by human resource.
- On 11/18/20, received notice from Lincoln Financial that my forms and medical records had been reviewed by Covid department and was approved.
- On 11/23/20, I had a follow up with my primary physician and was still experiencing Covid complications, so doctor thought it would be best if I tried to attempt back working from home. I sent follow up excuse note to human resource requesting accommodations to work from home due to still experiencing COVID complications and extreme shortness of breath and was denied by Human Resource (Christina Hartwell) advising me that my position was

not remote; although, I had been working from home since 08/12/20 due to my son school being closed.

- On 12/24/20, I received a letter from the Reny Company advising me that I had been terminated as of 12/18/20 for job abandonment and to send company's laptop back within 3 days.
- On 12/28/29, The Reny Company file a false theft report against me with Plano Police Department accusing me of stealing company's laptop, which they allowed and gave me permission for use to work from home.

The Reny Company

Work from Home Expectations

Below are the performance expectations for working from home:

1. Quality Error Ratio of 97% or better
2. Complete all tasks assigned
3. Check in at 10 AM, 12 PM, 2 PM, and 4 PM daily via email with the following information:
   a. Dashboard number of bills QAED
4. If you are having system issues or if you are running late it is mandatory you contact management and IT (system issues) via phone.
5. The same performance is expected as a typical 8-hour work shift when in the office. It is understandable that you might have at home distractions, and as such breaks are waived in lieu of a 1.5-hour grace in your start and end times of your shift. This won't constitute overtime as this will be considered additional break time to allow for at home distractions during your typical work shift.
   a. If this becomes unmanageable at any point contact your manager immediately to discuss further options.

Signed 08/11/20

Chela Brown have read the above expectations of performance to work from ...

nd agree these are reasonable to perform.



 **Texas Health**
Resources
Healing Hands. Caring Hearts.

# AFTER VISIT SUMMARY

**Chelsa S. Brown** MRN: 699315       📅 10/6/2020   📍 Texas Health Plano Emergency Department 972-981-8008
EMERGENCY DEPARTMENT

## Instructions

 Your medications have changed today
**See your updated medication list for details.**

 Read the attached information
1. Dehydration  Adult (English)
2. COVID-19 (English)

 Pick up these medications from any pharmacy with your printed prescription
acetaminophen-codeine • azithromycin • ibuprofen

 Go to Texas Health Plano Emergency Department
Why: **For any new or worsening symptoms**
Specialty: **Emergency Room**
Contact: **6200 W Parker Rd**
        **Plano Texas 75093**
        **972-981-8008**

 Call Your doctor
Why: **For follow-up care**

## What's Next

You currently have no upcoming appointments scheduled.

## ⚇ ED Treatment Team

| Provider | Role | From | To |
|---|---|---|---|
| **Tanaka, Ronald Blake, MD** | **Attending Provider** | **10/06/20 1354** | -- |

## Today's Visit

**You were seen by Ronald Blake Tanaka, MD**

Reason for Visit
**Covid Like Symptoms**

Diagnoses
- Suspected COVID-19 virus infection
- Dehydration
- Pneumonia due to infectious organism, unspecified laterality, unspecified part of lung

📘 Imaging Tests
Chest 1 View (CHEST 1 VIEW)

⚗ Medications Given
ketorolac (Toradol) Last given at 2:54 PM

NORMAL SALINE 1,000 mL

Your End of Visit Vitals



Blood Pressure
**178/91**

Temperature (Oral)
**98.6 °F**

Pulse
**75**

Respiration
**18**

Oxygen Saturation
**97%**

Electronic Health Record
CHELSA BROWN
03/05/2021
6201 CHAPEL HILL BLVD APT 116, PLANO, TX 75093-8882
469-346-11?? · DreamsHellos@yahoo.com

## Consultation Details - 5 of 7

### Basic Information

| | | | |
|---|---|---|---|
| | | Name | CHELSA BROWN |
| Address | 6201 CHAPEL HILL BLVD APT 116 | Gender | Female |
| | PLANO | Date of Birth | 08-14-1975 |
| | TX | Auth Consenter | |
| | 75093-8882 | | |
| Alternative | | Phone Number | 469-346-11?? |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Name | Zahoor Khan | PCP Name | |

For further Provider information, please contact Teladoc

Teladoc Physicians, P.A.
1945 Lakepointe Dr
Lewisville, TX 75057

| | |
|---|---|
| Phone | 888-402-6915 |
| Fax | 888-418-2040 |

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 12706445 | Consult Date 10-16-2020 11:22 AM EDT |
| **Symptoms** | Nasal Congestion Fever greater than 100.4 |
| **Primary Diagnosis** | R05 - Cough |
| **Secondary Diagnosis** | |

FAMILY MEDICINE
AT WILLOW BEND

 

Jeffrey C. Komenda, M.D.

| Name: Chelsa Brown | Age: 45 M/F | DOB: 8/14/75 | Date: 10/20/20 | **Time Flow** | |
|---|---|---|---|---|---|

**Time Flow**
- Appt: 853
- Arrival:
- Nurse: 9:30
- Doctor:
- DC:

**1. PMH:** HTN, Migraine

PMHX Coding:
201 = x
202 = x
203 = one
204 = three
205 = three
211 = x
212 = x
213 = x
214 = one
215 = two

**MEDS:**
Doxycycline 100 BID
Levofloxacine 750 gl
Atenolol 25 gd
Hydrochlorathiazide 25
WM
972-931-5760
972-931-1110

**ALLERGIES:** NKDA

**Surgical:** No

**2. FMH:** HTN

**3. SH:** Smokes: No    ETOH: OCC

**Notes:** 469-346-1177 Golden Rule

| Temp | AF | | Resp | |
|---|---|---|---|---|
| B/P | 179/91 | WT | 145 | |
| Pulse | OCt 6 | HT | 5'1 | |

**ROS:**
| | Gen | Eye | ENT | Card | Resp | GI | GU | M/S | Skin | Neur | Psyc | Endo | Hem | Imm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal | | ✓ | | | | ✓ | ✓ | ✓ | | ✓ | | | ✓ | ✓ |
| Abnormal | ✓ | | ✓ | ✓ | ✓ | | | ✓ | | | | | | |

**Chief Complaint:** ER F/u

**History:** OCt 6 ER - OCt 12 ER
DX: Pneumonia    Rx: ZPak
(Covid ⊖)    Covid ⊖
(IV antibody Rocphin) & Doxycycline.
Flu NO, C/o Shortness of Breath, Cough
Mamo 2014 ⊕ Bad H/A, No fever
PAP 1/2019 ⊕

ROS Coding:
201 - FP1
203 - L3-9
204 - C.10-14
205 - C.10-14
212 - FP1
215 - FP1
214 - E.3-9
215 - C.10-14

**Elements of History**

| | | |
|---|---|---|
| Duration | OCt 6 | 150/80 OCt 12 |
| Location | Resp | |
| Quality | Pneumonic | |
| Severity | Moderate | |
| Timing | Constant | |
| Context | | |
| Modifiers | Above | |
| Asc Sym | | |

**Physical:** Physical: 99201 = 1-5 element  99202 = 6 elements  99203 = 12 elem/2-6 area  99204 = 18 elem/9 areas  99205 = 18 elem in 9 areas
Coding: 99211 = no exam  99212 = 1-5 element  99213 = 6 elements  99214 = 12 elem/2-6 areas  99215 = 18 elem in 9 areas

**History** 201=B/1-3  202=B/1-3  203=E/4+  204=E/4+  205=E/4+
**Coding:** 211=none  212=B/1-3  213=B/1-3  214=E/4+  215=E/4+

| Gen | appearance, nutrition, deformity | Chest | chest / breast | **LABS** |
|---|---|---|---|---|
| Eyes | pupil, lns / conj, lids / fundi | Abd | tenderness, mass / HSM / hernia | |
| Ears | hearing / TM, canal | GU | GU / rectal | |
| Throat | nose / mouth / throat | Lymph | neck, axilla, groin | |
| Neck | nodes / masses, thyroid | M/S | muscles / ROM / bones / joints | |
| Pulm | respiration / auscultation | Skin | visual / tactile | |
| Card | auscultation / carotid / pulses / ext | Neuro | AOX3 / DTR / CN / memory / affect / sensation | |

PE Nurse: √PE

Examiner:

**X-Ray / Treatments**
1. CT Scan
2. prsby radiology
3.

| Dx: Pneumonia | RX: Advair 250/50 #1 ① | **Patient Instructions:** (Applies to ALL Patients) |
|---|---|---|
| 2. CV-19 | 2. Pro-Air HFA #1 2puffs | 1. Prescription and or OTC medications as directed. |
| 3. Bronchitis | 3. q4hrs ① | 2. Follow-up as directed by physician or nurse |
| 4. | 4. hydroxychloroquine 200 BID #___ | 3. Call or visit ER for any severe problems. |
| 5. | 5. TamiNflu 75 Bid #1 ① | 4. Patient to be excused from work or school for ___ days. |
| | | 5. Rest and decreased activities as dictated by illness. |
| | | 6. Motrin and Tylenol for any aches and fevers. |
| | | 7. Increased fluids as needed to maintain good hydration. |
| | | 8. Infections control measures as appropriate, (ie hand wash, etc) |

Follow Up Note: 10/20/20 Called in to WM (SP)

**Name:** Chelsa Bruen    **Age:** 45 M (F)    **DOB:** 8/14/75    **Date:** 11/19/20

**Time Flow**

| | |
|---|---|
| Appt | 8:30 |
| Arrival | 8:30 |
| Nurse | 8:37 |
| Doctor | |
| DC | |

**1. PMH:** HTN, Migraine

**PMHX Coding:**
201 = s
202 = s
203 = one
204 = three
205 = three
211 = s
212 = s
213 = s
214 = one
215 = two

**Surgical:** ND

**2. FMH:** HTN

**3. SH: Smokes:** NO    **ETOH:** OCC

**MEDS:** Robitussin PRN

**ALLERGIES:** NKDA

**ROS:**

| Gen | Eye | ENT | Card | Resp | GI | GU | M/S | Skin | Neur | Psyc | Endo | Hem | Imm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal | ✓ | ✓ | ✓ | | | | | | | | | | |
| Abnormal | | | | ✓ | ✓ | | ✓ | | | ✓ | | | | |

**Notes:** 469-346-1177
golden rule

WM
9-931-5176
9-931-1110

| Temp | 4F | Resp | |
|---|---|---|---|
| B/P | N/A | WT | 148 |
| Pulse | | HT | 5'1 |

**Chief Complaint:** FMLA update / Cough

**ROS Coding:**
201 = PF1
202 = E2/4
203 = C10-14
301 = C10-14
342 = PF1
343 = PF1
344 = E2/4
345 = C10-14

**History:** Flu From FMLA update
Short term Disability.
needs a note from pe.k. Sent
to adjuster email: Kai.Clemer@Lfg.com
She's checking blood Pressure now
Nasal congestion, coughing up phlegm
light yellow.

**Elements of History**

| | |
|---|---|
| Duration | Oct 6 |
| Location | Pneumonia |
| Quality | Note for adjuster |
| Severity | Moderate |
| Timing | Constant |
| Context | Covid |
| Modifiers | |
| Assc Sym | ✓ |

**Physical:**
Physical Coding: 99201 = 1-5 element  99202 = 6 elements  99203 = 12 elem/2-6 area  99204 = 18 elem/9 areas  99205 = 18 elem in 9 areas
99211 = no exam  99212 = 1-5 element  99213 = 6 elements  99214 = 12 elem/2-6 areas  99215 = 18 elem in 9 areas
History Coding: 201=B/1-3  202=B/1-3  203=E/4+  204=E/4+  205=E/4+
211=none  212=B/1-3  213=B/1-3  214=E/4+  215=E/4+

| | | | | |
|---|---|---|---|---|
| **Gen** | appearance, nutrition, deformity | **Chest** | chest / breast | **LABS** |
| **Eyes** | pupil, iris / conj, lids / fundi | **Abd** | tenderness, mass / HSM / hernia | Pulse ranges |
| **Ears** | hearing / TM, canal | **GU** | GU / rectal | from 93-98 |
| **Throat** | nose / mouth / throat | **Lymph** | neck, axilla, groin | |
| **Neck** | nodes / masses, thyroid | **M/S** | muscles / ROM / bones / joints | |
| **Pulm** | respiration / auscultation | **Skin** | visual / tactile | |
| **Card** | auscultation / carotid / pulses / ext | **Neuro** | AOX3 / DTR / CN / memory / affect / sensation | |

**PE Notes:**
VPE w/phne
Still Cgl of Sub at tru
Resolving CV19 pneumonia

**X-Ray / Treatments**
1.
2.
3.

**Examiner:**

**Dx:** 1. Covid 19
2. Bronchitis
3. HA
4. Nausea
5.

**RX:**
1. Zithromax 500 qd #7
2. Advair 250/50 Bid #1
3. PRO Air HFA #1 2 puffs q4hrs
4.
5. Florcet 1-2 qd #30
Zofran 8mg q 8hrs #30

**Patient Instructions:** (Applies to ALL Patients)
1. Prescription and or OTC medications as directed.
2. Follow-up as directed by physician or nurse ____
3. Call or visit ER for any severe problems.
4. Patient to be excused from work or school for ____ days.
5. Rest and decreased activities as dictated by illness.
6. Motrin and Tylenol for any aches and fevers.
7. Increased fluids as needed to maintain good hydration.
8. Infections control measures as appropriate, (ie hand wash, etc)

**Follow Up Note**

**FAMILY MEDICINE AT WILLOW BEND**

Jeffrey C. Komenda, M.D.

| Name: Chelda Brun | Age: 45 M (F) | DOB: 8/14/75 | Date: 12/23/20 | | **Time Flow** |
|---|---|---|---|---|---|

| 1. PMH: HTN Migrane Iregular Periods | PMHX Coding | MEDS: Tylenol | ALLERGIES: | Appt | 854 |
|---|---|---|---|---|---|
| Surgical NO | 201 = x 202 = x 203 = one 204 = three 205 = three | Advair 250/50 bid) NKDA | | Arrival | |
| 2. FMH: HTN | 211 = x 212 = x 213 = x 214 = one 215 = two | ProAir HFA (2 puff q4h g/prn) | | Nurse 9;14 | |
| 3. SH: Smokes: NO  ETOH: OCC | | | | Doctor | |
| | | | | DC | |

| ROS: | Gen | Eye | ENT | Card | Resp | GI | GU | M/S | Skin | Neur | Psyc | Endo | Hem | Imm | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal | ✓ | | | ✓ | ✓ | ✓ | ✓ | | | | | | | | **Temp** A/F | | **Resp** | |
| Abnormal | ✓ | ✓ | ✓ | | | | | ✓ | ✓ | ✓ | | | | | **B/P** | | **WT** 145 |
| Notes: 469-346-1177 | | | | | | | | | | | | | | | | | |
| Golden Rule  WM  9-931-5176 / 9-931-1110 | | | | | | | | | | | | | | | **Pulse** | | **HT** 5.1 |

**Chief Complaint:** Flu on 11-19-20

| History: (QVID-19) per pt still having cough dry / phlegm (clear) nasal congestion and headache every day SOB/ wheezing when walking or standing Onausea when she coughs sometimes, Pt was not able to get rest of RX due to insurance not paying No xever  Flushot (N)  Pay 10 / 30 / 19 (WNL)  LMP 11-18-19  Monn Du's  a | ROS Coding | **Elements of History** |
|---|---|---|
| | Duration | F/U |
| | Location | Resp |
| | Quality | COVID-19 |
| | Severity | Moderate |
| | Timing | Flu |
| | Context | |
| | Modifiers | RX Above |
| | Asc Sym | |

| **Physical:** Physical Coding | Chest chest / breast | **LABS** |
|---|---|---|
| Gen appearance, nutrition, deformity | Abd tenderness, mass / HSM / hernia | |
| Eyes pupil, iris / conj, lids / fundi | GU GU / rectal | |
| Ears hearing / TM, canal | Lymph neck, axilla, groin | |
| Throat nose / mouth / throat | M/S muscles / ROM / bones / joints | |
| Neck nodes / masses, thyroid | Skin visual / tactile | |
| Pulm respiration / auscultation | Neuro AOX3 / DTR / CN / memory / affect / sensation | |
| Card auscultation / carotid / pulses / ext | | |

PE Notes: V Ye

extreme shortness of breath + fatigue
will continue to stay at home 2-4 wks
continuing Covid-19 symptoms will FIU
Examiner w/ DC in 2-4 wks.  #30 @

**X-Ray / Treatments**
1.
2.
3.

| Dx: CV-19 | RX: Ficuret SO-325-40/-2gd pm /A |
|---|---|
| 2. Bronchitis | 2. Decadeon 4mg (2-2-2-2-1-1) # |
| 3. (cough) | 3. Budesonide .5/2ml gd-bid |
| 4. | 4. I box (30) (2) |
| 5. | 5. Duoneb nebuls q4° prn |
| | Short breath # 1 box (30) @ |

**Patient Instructions:** (Applies to ALL Patients)
1. Prescription and or OTC medications as directed.
2. Follow-up as directed by physician or nurse.
3. Call or visit ER for any severe problems.
4. Patient to be excused from work or school for _____ days.
5. Rest and decreased activities as dictated by illness.
6. Motrin and Tylenol for any aches and fevers.
7. Increased fluids as needed to maintain good hydration.
8. Infections control measures as appropriate, (ie hand wash, etc)

| Follow Up Note | |
|---|---|


## Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employee

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

| Chelsa | | Brown |
|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) |

6201 Chapel Hill Blvd #116
Street Address

| Plano | TX | 75093 |
|---|---|---|
| City | State | Zip Code |

| 425376284 | 08 / 14 / 75 |
|---|---|
| Social Security Number | Date of Birth |

| 4693461177 | ☐ Male   ■ Female |
|---|---|
| Phone Number | |

Brownchelsa@yahoo.com
Email Address

## 2. Your Employer

Employer Name

| Group ID | Job Title |
|---|---|

| Policy Number | Billing Location |
|---|---|

## 3. Reason for inability to work

Covid and pneumonia

Description of Sickness, Injury or Pregnancy

| 10  02 / 20 | Injury work related? ☐ Yes  ■ No |
|---|---|
| Date Last Worked | |

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | | __/__/__ | __/__/__ | __/__/__ |
| Workers' Comp | | __/__/__ | __/__/__ | __/__/__ |
| Salary Continuance | | __/__/__ | __/__/__ | __/__/__ |
| State Disability | | __/__/__ | __/__/__ | __/__/__ |
| Other Disability | | __/__/__ | __/__/__ | __/__/__ |
| Sick Pay | | __/__/__ | __/__/__ | __/__/__ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

■ Yes  ☐ No    If yes, indicate how much? 20
(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)

## 5. Who is your treating health care provider?
This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Jeffrey Komenda
Physician's Full Name

| 9726081868 | |
|---|---|
| Phone Number | Fax Number |

5945 W Parker Rd. Ste 100
Street Address

| Plano | Tx | 75093 |
|---|---|---|
| City | State | Zip Code |

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

| Signature | __/__/__ Date |
|---|---|

Chelsa Brown
Print Name

## 6. Account for Direct Deposit  ■ Checking  ☐ Saving

Chase
Bank Name

111000614
Routing Number

639650303
Account Number

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11738STD                    Claim Submission Part 1 of 3                    Page 1 of 8
1/18

# Illness or Injury Supplemental Questionnaire

Instructions: Please answer the questions to the best of your ability and sign and date below.

1. Is someone else responsible for your illness/injury?  ☐ Yes  ■ No

2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group?  ☐ Yes  ■ No

   If you answered yes to either question above, please answer the following questions:

3. Please describe in detail the cause of your illness or injury: _____

   Covid-19 and pneumonia

4. Please provide the location and address where the illness or injury occurred: _____

   6201 Chapel Hill Blvd  Home

5. Please provide the Responsible Party's information:

   1. Name: _____

   2. Address: _____

   3. Telephone Number: _____

   4. Insurance Company's Name: _____

   5. Claim Number: _____

6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:

   1. Name: _____

   2. Address: _____

   3. Telephone Number: _____

7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.

Print Name: Chelsa Brown _____

Signature: _____    Date: 10 / 23 / 20



# Short Term Disability Claim Form Statement Of Employer

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

## 1. This claim is for:

Chelsa _____ Brown
Full Name (First)   (M.I.)   (Last Name)

10 , 06 , 2020
Social Security Number   Coverage Start Date

## 2. Employee's Coverage & Policy

Organization Name   Insurance Class

Group ID   Policy Number

Billing Location   Claim Location

## 3. Describe Employee's Role

Quality Review
Job Title

Works at a Desk.

Description of Duties

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | _____ | __ / __ / ___ | __ / __ / ___ | __ / __ / ___ |
| Workers' Comp | _____ | __ / __ / ___ | __ / __ / ___ | __ / __ / ___ |
| Salary Continuance | _____ | __ / __ / ___ | __ / __ / ___ | __ / __ / ___ |
| State Disability | _____ | __ / __ / ___ | __ / __ / ___ | __ / __ / ___ |
| Other Disability pay | _____ | __ / __ / ___ | __ / __ / ___ | __ / __ / ___ |

## 5. Employer Contact

Employer Contact Name

Street Address

City   State   Zip Code

Phone Number   Fax Number

Email Address

Have you considered
job accommodations?   ☐ Yes   ☐ No
Injury work related?   ☐ Yes   ☐ No

___ / ___ / ___
Date hired   Hours worked in a standard day

___ / ___ / ___
Date last worked   Hours worked in a standard week

___ / ___ / ___
Date back to work full-time   Hours worked on day last worked

$ _____
Earnings   Frequency (W/M/Y etc.)

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

_____   ___ / ___
Signature   Date

Print Name

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11738STD   Claim Submission Part 2 of 3   Page 3 of 8
1/18



**Short Term Disability Claim Form Physician's Statement**
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

| Chelsa | | Brown | | | Social Security Number |
|---|---|---|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) | | | |

| 5'1 | 145 | 179/91 | | Employer Name |
|---|---|---|---|---|
| Height | Weight | Blood Pressure | | |

## 2. Diagnosis

| U07.1  J18.9, B97.21, J21.9 | | Primary ICD diagnosis Description |
|---|---|---|
| Primary ICD diagnostic Code (Required) | | |

| | Secondary ICD Diagnosis Description |
|---|---|
| Secondary ICD Diagnosis Code | |

**Pregnancy**

| / / | / / | / / | ☐ Vaginal   ☐ C-Section |
|---|---|---|---|
| First Treated | Estimated Delivery | Date of Delivery | |

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - Check if applicable

☑ Illness          ☐ Injury          ☐ Work Related

Date of:

| / / | / / | / / |
|---|---|---|
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |

| / / | / / | / / |
|---|---|---|
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined:  / /  to  / /

If work related or injury, summarize circumstances

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.


**Lincoln**
Financial Group®

## Short Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

### 4. Limitations and Restrictions

_NOT Able to go in yet. Due to Covid-19 Positive_

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

| Indicate frequency per day the listed activities below can be used performed using: N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100% | | | **Activities of Daily Living** |
|---|---|---|---|

**Lifting/Carrying**         **Reaching**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| Lifting/Carrying | | Reaching | |
|---|---|---|---|
| 1-5 lbs. ___ | Standing ___ | Crouching ___ | Overhead ___ |
| 6-10 lbs. ___ | Walking ___ | Crawling ___ | Desk Level ___ |
| 11-25 lbs. ___ | Sitting ___ | Grasping ___ | Below Waist ___ |
| 26-50 lbs. ___ | Balancing ___ | Climbing ___ | |
| 51-100 lbs. ___ | Stooping ___ | Pushing ___ | |
| 100 + lbs. ___ | Kneeling ___ | Pulling ___ | |
| | Fingering ___ | Bending ___ | |

Continence   ___/___/___

Dressing   ___/___/___

Transferring   ___/___/___

Bathing   ___/___/___

_Covid Negative test_

What job modifications would allow the patient to return to work?

Toileting   ___/___/___

### 5. Treatment

_Finish all Medication Prescribed by DR. S. Komenda_

Eating   ___/___/___

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of

Cognitive Functioning: ___/___/___

### 6. Prognosis

_N/A - Or When Pt tests Negative for Covid. And all Symptoms are gone._

Describe ongoing treatment frequency

Describe the patients prognosis for recovery

### 7. Physician's Information

_Family Medicine Willow Bend_
Name

Patient able to return to work Full-Time on:

___/___/ _N/A_   to   ___/___/ _N/A_

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

_5644 W. Parker Rd #100_
Street Address

_Plano_    _TX_    _75093_
City      State     Zip Code

_972-608-1868_     _972-943-8644_
Phone Number        Fax Number

_Komendam_     _10/12/20_
Signature           Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11738STD        Claim Submission Part 3 of 3

 **Lincoln** Financial Group®

## Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: <u>Brown</u>                    <u>Chelsa</u>

(Last)                                   (First)                                        (Middle)

Date of Birth: <u>08</u> / <u>14</u> / <u>75</u>       Social Security Number: <u>XXX-XX-  6284</u>

2. **Information to be released (hereinafter referred to as "My Information"):**

   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:**       The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**

   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE _____     DATE <u>10 / 23 / 2020</u>

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: <u>Chelsa Brown</u>

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____
(Street)

_____
(City)                                                  (State)                                              (Zip Code)

PHONE NO: _____

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11738STD

Page 6 of 8
1/18

EXHIBIT

**Family Medicine at Willow Bend**
5944 West Parker Road Suite 100
Plano, Texas 75093
972-608-1868

11/23/2020

RE: CHELSA BROWN

To whom it may concern,

The patient's absence is physician advised due to illness or injury. This certifies that he or
she has been under our care for this problem. Chelsa has been expierencing Covid 19
symptoms since October. She tested positive for pneumonia on October 6 2020. Her first
vist with us was on 10/20/2020 and her follow up was on 11/19/2020. She is still
currently having symptoms of Covid 19, Bronchitis, Headache, Nausea and breathing
issues. Chelsa would like to be able to work from home if possible due to her current
health issues. She will follow up with us in 30 days to evaluate her health status.

Sincerely,

Doctor: Jeffrey Komenda MD

brownchelsa@yahoo.com

**Reny**
COMPANY

December 18, 2020

Chelsa Brown
6201 Chapel Hill Road #116
Plano, Texas 75093

Dear Chelsa,

This letter confirms that your employment with The Reny Company will be terminated effective
December 18th, 2020.

We have come to the decision to terminate your employment for the following reasons:

- Job abandonment/failure to respond to requests for information, pursuant to the
  guidelines set forth in The Reny Company Employee Manual.

You are required to return the company laptop to The Reny Company offices or using the FedEx
label previously provided within three business days. If this is not done, we will take further
action to ensure the return of this company property.

If you have any questions, please feel free to contact Human Resources.

Best Regards,

Christina Hartwell
Senior Accountant/Human Resources
972-244-4934
christinah@renycompany.com


cc:    brownchelsa@yahoo.com
       Jack.Crumbaker@vensure.com
       terryb@renycompany.com

1820 PRESTON PARK, SUITE 1900 PLANO, TEXAS 75093
Call us toll free: 800-880-6201    Local: 972- 250-0189    Fax: 972-250-0686
Email: info@renycompany.com    www.renycompany.com





Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 18, 2020

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

CHELSA BROWN
6201 CHAPEL HILL BLVD #116
PLANO, TX 75093

Re:   Policyholder: The Reny Company
      Policy Number: 00001026137000000
      Claim Number: 1200105791
      Claimant: Chelsa Brown

Dear Ms. Brown:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 10/06/2020.

The policy issued to The Reny Company, has a 14 day elimination period during which no benefits are payable.  Your benefits will begin on 10/20/2020.  Your payment will be received separately within the next business week.

Based on your Basic Weekly Earnings, your weekly benefit will equal $504.00.   However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 11/06/2020. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.



If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kai Clemen
800-423-2765 *2707
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s):       Group Continuance DISB APS
CC:    The Reny Company
       ATTN: Christina Hartwell
       5994 W. Las Positas Blvd, Ste 225
       Pleasanton, CA 94588

00000567 LFPL0VD1 00002439





Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 18, 2020

CHELSA BROWN
6201 CHAPEL HILL BLVD #116
PLANO, TX 75093

Re:   Policyholder:  The Reny Company
      Policy Number:  000010261370000000
      Claim Number:  1200105791
      Claimant:  Chelsa Brown

Dear Ms. Brown:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 11/06/2020 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 12/24/2020. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.



To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln Financial Group®**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 5, 2021

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

CHELSA BROWN
6201 CHAPEL HILL BLVD #116
PLANO, TX 75093

Re:     Policyholder:  The Reny Company
        Policy Number:  00001026137000000
        Claim Number:  1200105791
        Claimant:  Chelsa Brown

Dear Ms. Brown:

We are writing to you regarding your claim for Short Term Disability benefits.  We previously approved benefits to 12/24/2020 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 01/05/2021.  To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports.  This documentation may be obtained from your physician and should be provided at your own expense.  A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.



To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

©2021  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kai Clemen
800-423-2765 *2707
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC:   The Reny Company
      ATTN: Christina Hartwell
      5994 W. Las Positas Blvd, Ste 225
      Pleasanton, CA 94588

00000251 LFPV6SD1 00000710   E



EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Chelsa Brown**
     **6201 Chapel Hill Blvd #116**
     **Plano, TX 75093**

From:  **Dallas District Office**
       **207 S. Houston St.**
       **3rd Floor**
       **Dallas, TX 75202**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2021-00722 | **Juan F. Munoz,**<br>**Intake Supervisor** | **(972) 918-3607** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

for _____

Enclosures(s)

**Belinda F. McCallister,**
**District Director**

2/22/2021

*(Date Issued)*

cc:      **Christina Hartwell**
         **Sr. Accountant/ HR**
         **THE RENY COMPANY**
         **1820 PRESTON PARK BLVD**
         **STE 1900**
         **Plano, TX 75093**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 450-2021-00722 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MS. CHELSA BROWN** | **(469) 346-1177** | |

Street Address — City, State and ZIP Code
**6201 CHAPEL HILL BLVD #116, PLANO,TX 75093**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **THE RENY COMPANY** | **15 - 100** | |

Street Address — City, State and ZIP Code
**1820 PRESTON PARK, 1900, PLANO, TX 75093**

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-18-2020** Latest **12-18-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**PERSONAL HARM: Was on short term disability due to COVID-19 since 10/21/2020 and was denied reasonable accommodation and was terminated on 12/18/2020.**

**RESPONDENT'S REASON FOR ADVERSE ACTION: I was notified via letter by mail job abandonment.**

**DISCRIMINATION STATEMENT : I believe that I was discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990.
I believe that I was retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Chelsa Brown on 01-12-2021 07:13 PM EST**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

## usa0381@fedex.com

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:02 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: Test Results/Return to Office |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** October 12, 2020 at 7:54:24 PM CDT
> **To:** Christina Hartwell <christinah@renycompany.com>
> **Subject: Re: Test Results/Return to Office**
>
> Good evening Christine,
>
> I'm just seeing this email. My results came back negative but letter stated that does not mean I do not have Covid. I will get a copy and forward it to you. Unfortunately, I'm still having symptoms, pneumonia and difficulties with my breathing. I had to return back to ER this morning for them to run more tests and do another chest X-ray which confirmed again today that I still have pneumonia even after taking all my medicine. Doctor has me off another week as of now.
>
> Sent from my iPhone
>
>> On Oct 12, 2020, at 2:22 PM, Christina Hartwell <christinah@renycompany.com> wrote:
>>
>> Good Afternoon,
>>
>> I hope you are feeling better!
>>
>> Sheila indicated to myself and Terry that your COVID test came back negative – that is great news. According to your note from the ER that you sent last week, this makes you eligible to return to the office tomorrow.
>>
>> Please let me know if you have any questions. Thanks!
>>
>> Christina Hartwell
>> Senior Accountant/Human Resources
>> HIPAA Privacy Officer
>>
>> The Reny Company

1

christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of
the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader
of this communication is not the intended recipient, or the employee or agent
responsible for delivering the communication, you are hereby notified that any
distribution, use or copying of this communication is strictly prohibited. If you receive
this communication in error, please notify us immediately by return email, and please
delete this email and any accompanying attachments from your in box, recycle bin, and
any other directory, file, or electronic storage. To the extent the information in this
email & any attachments contain protected health information as defined by the Health
Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts
160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or
privileged. This email may also be confidential and /or privileged under Texas law. The
email is for the use of only the individual or entity named above. If you are not the
intended recipient, or any authorized representative of the intended recipient, you are
hereby notified that any review, dissemination or copying of this email and its
attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com <brownchelsa@yahoo.com>
**Sent:** Thursday, October 15, 2020 8:44 AM
**To:** Christina Hartwell <christinah@RENYCOMPANY.COM>
**Subject:** Re: Test Results/Return to Office

Good morning Christina,

I noticed that I didn't get paid for time missed from work due to me being out sick. Can
you please explain why? I should be covered.
<image002.jpg>
Sent from my iPhone


On Oct 13, 2020, at 11:05 AM, brownchelsa@yahoo.com wrote:


<image0.jpeg>

Sent from my iPhone


On Oct 13, 2020, at 7:58 AM, Christina Hartwell
<christinah@renycompany.com> wrote:

OK – thank you for letting me know.

If you could please provide a new note indicating that you will be out of work for another week, I can put it in the file.

Thanks!

*Christina Hartwell*
Senior Accountant/Human Resources
HIPAA Privacy Officer

The Reny Company
1820 Preston Park, Suite 1900
Plano, TX 75093
Ph: (972) 244-4934
Fax: (469) 497-3973

<image001.png>
christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution, use or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by return email, and please delete this email and any accompanying attachments from your in box, recycle bin, and any other directory, file, or electronic storage. To the extent the information in this email & any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or privileged. This email may also be confidential and /or privileged under Texas law. The email is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments is strictly prohibited.

3

## usa0381@fedex.com

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:00 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: Test Results/Return to Office |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** October 15, 2020 at 9:17:38 AM CDT
> **To:** Christina Hartwell <christinah@renycompany.com>
> **Subject: Re: Test Results/Return to Office**
>
> Hi Christina,
>
> I just called Dept. of Labor and they said you guys are required to pay me by law.  They also told me to call them back if Reny denies to pay me.
>
> Sent from my iPhone
>
>> On Oct 15, 2020, at 8:46 AM, Christina Hartwell <christinah@renycompany.com> wrote:
>>
>> Chelsa,
>>
>> I spoke with Zuman HR regarding this – your test result was negative, and we did not receive any documentation that you were under quarantine orders from your medical professional.  If you were under quarantine, we will just need a note stating that to get you paid.
>>
>> Thanks!
>>
>> *Christina Hartwell*
>> Senior Accountant/Human Resources
>> HIPAA Privacy Officer
>>
>> The Reny Company
>> 1820 Preston Park, Suite 1900
>> Plano, TX 75093
>> Ph: (972) 244-4934
>> Fax: (469) 497-3973

1

## usa0381@fedex.com

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:21 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: Test Results/Return to Office |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** October 15, 2020 at 3:04:23 PM CDT
> **To:** Christina Hartwell <christinah@renycompany.com>
> **Subject: Re: Test Results/Return to Office**
>
> <Zuman Emergency PSL Request Form rev. 04242020.pdf>
>
> Sent from my iPhone
>
> > On Oct 15, 2020, at 11:33 AM, Christina Hartwell <christinah@renycompany.com> wrote:
> >
> > Hi –
> >
> > I escalated this issue and spoke to someone higher up at Zuman.
> >
> > I have attached the form for you to fill out and sign. If you can do this for me today, I can get this in the works.
> >
> > The process is this: once I have this back from you, I send it along to Zuman's HR team. They have indicated that they will review it immediately, and if it is complete and qualifies, I can get a check cut for you today.
> >
> > Let me know if you need any assistance with the form.
> >
> > *Christina Hartwell*
> > Senior Accountant/Human Resources
> > HIPAA Privacy Officer
> >
> > The Reny Company

1

mychart.texashealth.org

# NOVEL CORONAVIRUS SARS-COV-2 2019 NAAT - Details

## NOVEL CORONAVIRUS SARS-COV-2 2019 NAAT

Results

Status: **Final result**
(Collected: 10/6/2020  3:00 PM)

### Negative Result
You have tested negative for COVID-19. A negative test result **does not necessarily mean that you don't have COVID-19**. You may need to self-isolate based on your current health and COVID-19 status, as explained below. This guidance is based on the latest recommendations from the CDC and local health departments.



**Texas Health**
Resources

*Healing Hands. Caring Hearts.*

**Patient**
**Demographics**
Name: Chelsa Subray Brown     Sex: female     DOB: 8/14/1975

**Letter**
**6200 W PARKER RD**
**PLANO TX 75093**
**972-981-8008**

Date October 6, 2020
Time 3:10 PM

To whom it may concern:

Chelsa Subray Brown was under my care on October 6, 2020. She
will be able to return to work/school/day care in 7 days.

Restrictions : none

Thank you,

_____
Caregiver Signature

**Texas Health**
**Resources**

_Healing Hands. Caring Hearts.™_

---

**Patient**           Name: Chelsa Subray Brown   Sex: female   DOB: 8/14/1975
**Demographics**

**Letter**            **6200 W PARKER RD**
                      **PLANO TX 75093**
                      **972-981-8008**

Date October 6, 2020
Time 3:10 PM

To whom it may concern:

Chelsa Subray Brown was under my care on October 6, 2020 for pneumonia and symptoms of COVID--19. She will be able to return to work/school/day care in 7 days providing the following criteria are met:

you will need to self-isolate in your home **UNTIL:**
- 10 days have passed since your first symptom(s) **AND**
- You are fever free for at least 24 hours **AND**
- You are not using any medication to reduce a fever **AND**
- Your symptoms have improved.

*as stated in your discharge instructions

Restrictions : none

Thank you,



Caregiver Signature

**Resources**

**Healing Hands. Caring Hearts.**℠

---

**Patient**
**Demographic**

Name: Chelsa Subray Brown    Sex: female    DOB: 8/14/1975
MRN: 699315

**Letter**

**6200 W PARKER RD**
**PLANO TX 75093**
**972-981-8008**

Date October 12, 2020
Time 1:04 PM
To whom it may concern:

Chelsa Subray Brown was under my care on October 12, 2020. She
will be able to return to work in 7 days.

Thank you,

A. Munez Pm.
Caregiver Signature

---

## usa0381@fedex.com

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:13 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: Test Results/Return to Office |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** October 15, 2020 at 10:12:48 AM CDT
> **To:** Christina Hartwell <christinah@renycompany.com>
> **Subject: Re: Test Results/Return to Office**
>
> Christina,
>
> This is ridiculous when my paperwork shows I have Covid symptoms. What should a person do quarantine right? I will contact hospital!
>
> Thanks!
>
> Sent from my iPhone
>
>> On Oct 15, 2020, at 9:31 AM, Christina Hartwell <christinah@renycompany.com> wrote:
>>
>> Chelsa,
>>
>> For clarification, we are not refusing to pay you. Certain guidelines must be met and documentation must be obtained to qualify for FFCRA.
>>
>> I have sent your concerns along to Zuman, and one of their HR reps will be contacting you today to discuss the qualifications and documentation needed.
>>
>> *Christina Hartwell*
>> Senior Accountant/Human Resources
>> HIPAA Privacy Officer
>>
>> The Reny Company
>> 1820 Preston Park, Suite 1900
>> Plano, TX 75093
>> Ph: (972) 244-4934

1

Fax: (469) 497-3973

<image001.png>
christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution, use or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by return email, and please delete this email and any accompanying attachments from your in box, recycle bin, and any other directory, file, or electronic storage. To the extent the information in this email & any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or privileged. This email may also be confidential and /or privileged under Texas law. The email is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com <brownchelsa@yahoo.com>
**Sent:** Thursday, October 15, 2020 9:18 AM
**To:** Christina Hartwell <christinah@RENYCOMPANY.COM>
**Subject:** Re: Test Results/Return to Office

Hi Christina,

I just called Dept. of Labor and they said you guys are required to pay me by law. They also told me to call them back if Reny denies to pay me.

Sent from my iPhone

> On Oct 15, 2020, at 8:46 AM, Christina Hartwell <christinah@renycompany.com> wrote:
>
> Chelsa,
>
> I spoke with Zuman HR regarding this – your test result was negative, and we did not receive any documentation that you were under quarantine orders from your medical professional. If you were under quarantine, we will just need a note stating that to get you paid.

2

**usa0381@fedex.com**

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:29 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: Update |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** October 28, 2020 at 6:27:20 PM CDT
> **To:** Christina Hartwell <christinah@renycompany.com>
> **Subject: Re: Update**
>
> Hello Christina,
>
> Thank you for update.
>
> Sent from my iPhone
>
> > On Oct 28, 2020, at 1:54 PM, Christina Hartwell <christinah@renycompany.com> wrote:
> >
> > Hi Chelsa,
> >
> > Just wanted to touch base with you regarding your paycheck for Friday, 10/30.
> >
> > On the last check date, you were paid 24 hours under FFCRA. For this paycheck coming up, you will be paid 56 hours of FFCRA, which will exhaust your allotment of 80 hours of pay under this plan.
> >
> > If you have any questions, please let me know. Thanks!
> >
> > *Christina Hartwell*
> > Senior Accountant/Human Resources
> > HIPAA Privacy Officer
> >
> > The Reny Company
> > 1820 Preston Park, Suite 1900
> > Plano, TX 75093
> > Ph: (972) 244-4934
> > Fax: (469) 497-3973

1

&lt;image001.png&gt;
christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of
the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader
of this communication is not the intended recipient, or the employee or agent
responsible for delivering the communication, you are hereby notified that any
distribution, use or copying of this communication is strictly prohibited. If you receive
this communication in error, please notify us immediately by return email, and please
delete this email and any accompanying attachments from your in box, recycle bin, and
any other directory, file, or electronic storage. To the extent the information in this
email & any attachments contain protected health information as defined by the Health
Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts
160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or
privileged. This email may also be confidential and /or privileged under Texas law. The
email is for the use of only the individual or entity named above. If you are not the
intended recipient, or any authorized representative of the intended recipient, you are
hereby notified that any review, dissemination or copying of this email and its
attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com &lt;brownchelsa@yahoo.com&gt;
**Sent:** Tuesday, October 27, 2020 1:35 PM
**To:** Christina Hartwell &lt;christinah@RENYCOMPANY.COM&gt;
**Subject:** Re: Update

Thank you!

Sent from my iPhone

> On Oct 27, 2020, at 12:06 PM, Christina Hartwell
> &lt;christinah@renycompany.com&gt; wrote:
>
> Ok great – thanks so much. On my form, I listed your last worked
> day as 10/5, so we should be good. They will likely call me to
> verify.
>
> Christina Hartwell
> Senior Accountant/Human Resources
> HIPAA Privacy Officer
>
> The Reny Company
> 1820 Preston Park, Suite 1900
> Plano, TX 75093
> Ph: (972) 244-4934

Fax: (469) 497-3973

<image001.png>
christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution, use or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by return email, and please delete this email and any accompanying attachments from your in box, recycle bin, and any other directory, file, or electronic storage. To the extent the information in this email & any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or privileged. This email may also be confidential and /or privileged under Texas law. The email is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com <brownchelsa@yahoo.com>
**Sent:** Tuesday, October 27, 2020 11:36 AM
**To:** Christina Hartwell <christinah@RENYCOMPANY.COM>
**Subject:** Re: Update

Hi Christina,

I've attached the STD form. I need a correction made to my last day worked which was 10/05/20. I was not able to change it.

Sent from my iPhone

> On Oct 27, 2020, at 9:06 AM, Christina Hartwell <christinah@renycompany.com> wrote:
>
> Understood – but I do not have the form, since they sent it to the carrier directly. Can I get a copy of the form?

3

*Christina Hartwell*
Senior Accountant/Human Resources
HIPAA Privacy Officer

The Reny Company
1820 Preston Park, Suite 1900
Plano, TX 75093
Ph: (972) 244-4934
Fax: (469) 497-3973

<image001.png>
christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution, use or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by return email, and please delete this email and any accompanying attachments from your in box, recycle bin, and any other directory, file, or electronic storage. To the extent the information in this email & any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or privileged. This email may also be confidential and /or privileged under Texas law. The email is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com
<brownchelsa@yahoo.com>
**Sent:** Tuesday, October 27, 2020 9:05 AM
**To:** Christina Hartwell
<christinah@RENYCOMPANY.COM>
**Subject:** Re: Update

4

Hi Christina,

I just contacted my doctor's office and asked them for an excuse note. They advised me that the short term disability form is my excuse and it has all the time I've been out and excused on the form.

Sent from my iPhone

> On Oct 27, 2020, at 7:43 AM, Christina Hartwell <christinah@renycompany.com> wrote:

> Hi Chelsa,

> Apologies, I was out of the office yesterday. I will fill out the form and send it in today, now that I know that the other components have been submitted.

> In the meantime, are you able to submit another doctor's note to support your absence? The form I fill out requires documentation covering the entirety of your missed time.

> Thanks!

> *Christina Hartwell*
> Senior Accountant/Human Resources
> HIPAA Privacy Officer

> The Reny Company
> 1820 Preston Park, Suite 1900
> Plano, TX 75093
> Ph: (972) 244-4934
> Fax: (469) 497-3973

> <image001.png>
> christinah@renycompany.com
> http://www.renycompany.com

> --=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the

5

use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication, you are hereby notified that any distribution, use or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by return email, and please delete this email and any accompanying attachments from your in box, recycle bin, and any other directory, file, or electronic storage. To the extent the information in this email & any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or privileged. This email may also be confidential and /or privileged under Texas law. The email is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com
<brownchelsa@yahoo.com>
**Sent:** Sunday, October 25, 2020 10:53 AM
**To:** Christina Hartwell
<christinah@RENYCOMPANY.COM>
**Subject:** Re: Update

Hi Christina,

My doctor's office called me on Friday and advised me that they faxed the forms over to fax number that was on form.  Per previous email, I know you

stated you would have to complete a
form also. I want to make sure all
forms are completed.

Sent from my iPhone

On Oct 19, 2020, at
12:17 PM,
brownchelsa@yahoo.co
m wrote:

Thank you, will get it
filled out as soon as
possible.

Sent from my iPhone

On Oct
19,
2020,
at 9:40
AM,
Christin
a
Hartwel
l
<christi
nah@re
nycomp
any.co
m>
wrote:

Hello
again,

Apolog
ies –
pages
4, 5,
and 6
need to
be
filled

7

## EMPLOYEE REQUEST FOR
## EMERGENCY PAID SICK LEAVE



A **Vensure** Employer Services Company

Employees requesting Emergency Paid Sick Leave (**ePSL**) pursuant to the Families First Coronavirus Response Act (**FFCRA**) must complete this form. You must provide as much advance notice as is reasonably practicable. Upon completion of this form, submit it to Vensure's Leaves of Absence team for processing. Completing this form does not automatically guarantee that your leave will be approved. **NOTE: There are two (2) pages to this form that must both be completed and returned for processing.**

EMPLOYER: Please fill out the **Employer Legal Name** below. Once the employee completes the form, please review to ensure that all applicable fields of the form are completed **_before_** submitting. Incomplete or missing information will delay processing of the leave.

| **Employer Legal Name:** |
|---|
| |

EMPLOYEE: Please fill out the requested information below and make sure that all applicable fields are completed and legible **_before_** submitting to your employer. Incomplete or missing information will delay processing of the leave.

| **Employee Name:** Chelsa Brown | |
|---|---|
| **Employee Phone Number:** 4693461177 | **Employee Email:** Cbrown@reny.com |
| **Employee Home Address:** | |
| **This is a** *(choose one)*:    ■ New request for leave | ☐ Request for an extension of leave |
| **Anticipated Start Date of Leave:** | **Expected Return to Work Date:** |

**I will need** *(choose one)*:    ■ Continuous leave        ☐ Intermittent leave (*if marked, you must fill in below*)

For intermittent leave, please describe the frequency and duration of leave below (Ex. 4 hours/day 2x per week):

**Reason for Leave** (*check all applicable*) **I am unable to work (or telework) for the reasons listed below.**

*Please note that you (employee) must provide the Additional Information listed under each qualifying reason below.

☐ **(Reason #1) I am subject to state, federal or local quarantine or isolation order related to COVID-19**

**Additional Information Required:** You must provide the name of the government entity that issued the quarantine or isolation order to which you (employee) are subject in the section entitled Employee Statement on page 2 of this form.

■ **(Reason #2) I have been advised by a health care professional to self-quarantine due to concerns related to COVID-19**

**Additional Information Required:** You must provide the name of the health care provider who advised you (employee) to self-quarantine for COVID-19 related reasons in the section entitled Employee Statement on page 2 of this form.

☐ **(Reason #3) I have symptoms related to COVID-19 and I am seeking a diagnosis**

☐ **(Reason #4) I am caring for an individual who is subject to quarantine or has been advised to quarantine related to COVID-19**

**Additional Information Required:** You must provide the individual's name and relation to you AND either (1) the government entity that issued the quarantine or isolation order to which the individual is subject or (2) the name of the

*Reason #4 is continued at top of page 2*

**EMPLOYEE REQUEST FOR**
**EMERGENCY PAID SICK LEAVE**

**ZUMANHR**
A **Vensure Employer Services** Company

health care provider who advised the individual to self-quarantine, depending on the precise reason for the request. Please include this information in the section entitled Employee Statement on page 2 of this form.

☐ **(Reason #5) I need to care for my child under age 18 because the child's school, child care or child care provider is closed or unavailable because of COVID-19.**

**Additional Information Required:** You must provide the following information: (1) The name of the child (or children) being care for; (2) the name of the school, place of care, or child care provider that closed or became unavailable due to COVID-19 reasons; and (3) a statement representing that no other suitable person is available to care for the child during the period of requested leave. Additionally, with respect to the employee's inability to work or telework because of a need to provide care for a child *older than fourteen during daylight hours,* a statement that special circumstances exist requiring the employee to provide care. Please include this information in the section entitled Employee Statement on page 2 of this form.

*For Qualifying Reason #5 only:* Employees who have been employed for 30 or more calendar days may be eligible for up to 12-weeks of Emergency FMLA (eFMLA) – the first two weeks of which are unpaid and the following ten weeks are paid. Leave taken under eFLMA for this qualifying reason will have the same effective date as ePSL. Please complete the separate **Employee Request for Emergency Family and Medical Leave** form to request this additional paid leave.

☐ (Reason #6) I am experiencing other conditions substantially similar to COVID-19 as specified by HHS (U.S. Department of Health and Human Services).

**Employee Statement:**
I went to ER on October 6, 2020 with Covid symptoms which includes congestion, body aches, coughing, shortness of breath and headache.

**Duration of Leave:** A full-time employee is eligible for 80 hours of leave, and a part-time employee is eligible for the number of hours of leave that the employee works on average over a two-week period. For purposes of the Emergency Paid Sick Leave Act, a full-time employee is an employee who is normally scheduled to work 40 or more hours per week.

**Calculation of Pay:**
For leave reasons # 1 - 3: Employees taking leave are entitled to pay at either their regular rate or the applicable minimum wage, whichever is higher, up to $511 per day and $5,110 in the aggregate (over a 2-week period).

For leave reasons # 4 - 6: Employees taking leave are entitled to pay at 2/3 their regular rate or 2/3 the applicable minimum wage, whichever is higher, up to $200 per day and $2,000 in the aggregate (over a 2-week period).

I certify that the above information is accurate and complete. I understand that if I fail to report for work on or before the scheduled return date indicated above or fail to contact Human Resources regarding my absence from work beyond such scheduled date of return, my additional days of absence may not be approved by my employer and may be subject to my employer's attendance policy.

| **Employee Signature** (*Required*): | **Date Signed:** 10/15/20 |
| --- | --- |
| **Employer Representative Signature:** | **Date Signed:** |

## usa0381@fedex.com

| | |
|---|---|
| **From:** | brownchelsa@yahoo.com |
| **Sent:** | Monday, April 26, 2021 11:40 AM |
| **To:** | usa0381@fedex.com |
| **Subject:** | [EXTERNAL] Fwd: CHELSA BROWN LETTER.pdf |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin

Sent from my iPhone

Begin forwarded message:

> **From:** brownchelsa@yahoo.com
> **Date:** November 30, 2020 at 1:05:26 PM CST
> **To:** Kai Clemen <Kai.Clemen@lfg.com>
> **Subject: Fwd: CHELSA BROWN LETTER.pdf**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Christina Hartwell <christinah@renycompany.com>
> > **Date:** November 30, 2020 at 12:01:06 PM CST
> > **To:** brownchelsa@yahoo.com
> > **Cc:** Terry Brown <terryb@renycompany.com>
> > **Subject: RE: CHELSA BROWN LETTER.pdf**
> >
> >
> > Hi Chelsa,
> >
> > Thanks for sending along the letter. I apologize for my delayed response, I was on vacation last week.
> >
> > I am sorry to hear that you are still feeling ill.
> >
> > As we previously discussed, your position does not have the option to work from home. Once you are cleared by your physician to return to the office, please let me know.
> >
> > In the meantime, I have sent you a FedEx label to use to return the office laptop. Please let me know when I can schedule a pickup.
> >
> > Thanks,

Christina

*Christina Hartwell*
Senior Accountant/Human Resources
HIPAA Privacy Officer

The Reny Company
1820 Preston Park, Suite 1900
Plano, TX 75093
Ph: (972) 244-4934
Fax: (469) 497-3973



christinah@renycompany.com
http://www.renycompany.com

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of
the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader
of this communication is not the intended recipient, or the employee or agent
responsible for delivering the communication, you are hereby notified that any
distribution, use or copying of this communication is strictly prohibited. If you receive
this communication in error, please notify us immediately by return email, and please
delete this email and any accompanying attachments from your in box, recycle bin, and
any other directory, file, or electronic storage. To the extent the information in this
email & any attachments contain protected health information as defined by the Health
Insurance Portability and Accountability Act of 1996 ("HIPAA"), pl 104-191; 43 CFR Parts
160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and / or
privileged. This email may also be confidential and /or privileged under Texas law. The
email is for the use of only the individual or entity named above. If you are not the
intended recipient, or any authorized representative of the intended recipient, you are
hereby notified that any review, dissemination or copying of this email and its
attachments is strictly prohibited.

**From:** brownchelsa@yahoo.com <brownchelsa@yahoo.com>
**Sent:** Monday, November 23, 2020 9:27 AM
**To:** Christina Hartwell <christinah@RENYCOMPANY.COM>
**Subject:** CHELSA BROWN LETTER.pdf

Sent from my iPhone

--=----=-- CONFIDENTIALITY NOTICE: This communication is intended only for the use of
the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader
of this communication is not the intended recipient, or the employee or agent
responsible for delivering the communication, you are hereby notified that any


## Plano
*City of Excellence*

Police Department
909 14<sup>th</sup> St
Plano, Texas 75074
Tel: 972-424-5678
PlanoPolice.org

City of Plano
P.O. Box 860358
Plano, TX 75086-0358
Tel: 972-941-7000
Plano.gov

## INCIDENT REPORT

Reporting Officer: No Name Available

---

Incident: **2021-00000138**   Date Reported: 12/28/2020   Occurred On: 11/10/2020   Time: 08:00

Location: 1820 Preston Park Blvd #1900 Plano, TX 75093

| Complainant: THE RENY COMPANY | | | Sex: | Race: | |
|---|---|---|---|---|---|
| Property | | | Lost / Stolen | Recovered | Damage |
| *Stolen Laptop Computer Hewlett Packard Spectre* | | | $1,100.00 | $ 1,100.00 | $ 0.00 |
| Property: **$1,100.00** | | Vehicle: | | Damage: | **$0.00** |
| Recovered: **$1,100.00** | | Recovered: | | | |

Brief Narrative: Theft in the 1800 block of Preston Park Blvd.

JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Chelsa S. Brown

**DEFENDANTS**

The Reny Company

**(b)** County of Residence of First Listed Plaintiff   Collin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

RECEIVED
APR 27 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Attorneys *(If Known)*

3-21CV0945-C

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
Plaintiff
- [X] 3  Federal Question
*(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
Defendant
- [ ] 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 367 Health Care/ | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [X] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 340 Marine | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [X] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [X] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
ADA, 42 USC § 12101, Section 704(A) of Title VII of the Civil Rights Act of 1964, § 4101   28 U.S. Code

Brief description of cause:
Discrimination, Harassment, Retaliation, Defamation

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
Monetary Relief over 200,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____