#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | | |
|---|---|---|
| **CHELSA BROWN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-395-KPJ |
| | § | |
| **THE RENY COMPANY,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order filed on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 22nd day of June, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE