# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-40147

---

United States Court of Appeals
Fifth Circuit
**FILED**
April 27, 2023
Lyle W. Cayce
Clerk

CHELSA BROWN,

*Plaintiff—Appellant*,

versus

THE RENY COMPANY,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-395

---

### UNPUBLISHED ORDER

Before ELROD, GRAVES, and HO, *Circuit Judges*.

PER CURIAM:

  This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

  In this civil rights action, the district court entered final judgment dismissing the complaint on June 22, 2022. Plaintiff timely filed a motion to

No. 23-40147

alter or amend under Federal Rule of Civil Procedure 59(e). The order denying the Rule 59(e) motion was entered December 29, 2022. Therefore, the final day for filing a timely notice of appeal was Monday, January 30, 2023, because the thirtieth day was a Saturday. *See* FED. R. APP. P. 26(a)(1)(C). Plaintiff's *pro se* notice of appeal was filed on March 3, 2023. When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

**Certified as a true copy and issued as the mandate on May 19, 2023**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**